UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  15-CV-21190-LENARD/GOODMAN

ANDRES GOMEZ,

    Plaintiff,

vs.

ARAN EYE ASSOCIATES, P.A. and
1097 LEJEUNE INVESTMENTS, INC.,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, ANDRES GOMEZ ("Plaintiff"), by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendants, ARAN EYE ASSOCIATES, P.A. and 1097 LEJEUNE INVESTMENTS, INC.

    Plaintiff and Defendants, ARAN EYE ASSOCIATES, P.A. and 1097 LEJEUNE INVESTMENTS, INC., are presently preparing a formal settlement agreement for signature and intend to file a notice of dismissal with prejudice once the agreement is finalized.

Respectfully submitted this 11th day of May, 2015.

/s/ Douglas S. Schapiro, Esq.
DOUGLAS S. SCHAPIRO, ESQ.
Florida Bar No: 54538
Schapiro Law Group, P.L.
21301 Powerline Road, Suite 106
Boca Raton, FL 33433
T: (561) 807-7388
F: (810) 885-5279
Schapiro@schapirolawgroup.com

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 11th day of May, 2015.

/s/ Douglas S. Schapiro, Esq.
DOUGLAS S. SCHAPIRO, ESQ.
Florida Bar No: 54538
Schapiro Law Group, P.L.
21301 Powerline Road, Suite 106
Boca Raton, FL 33433
T: (561) 807-7388
F: (810) 885-5279
Schapiro@schapirolawgroup.com